1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Chad Wayne Baringer<br>Defendant. | Case No.: EDCR07-69-SGL<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central Dist. of CA                ,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on  instant allegations, false ID to police, unknown bail resources

1

2

3 and/or

4 B.  (✓) The defendant has not met his/her burden of establishing by clear and

5 convincing evidence that he/she is not likely to pose a danger to the safety of any

6 other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7 finding is based on  criminal history ; substance abuse

8

9

10

11

12

13    IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED:  10/6/16

17    KAREN E. SCOTT
   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28